1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| QUARTERDECK CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington nonprofit corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>NATIONAL SURETY CORPORATION, an Illinois Company; and DOE INSURANCE COMPANIES 1-10,<br><br>       Defendants. | NO.<br><br>**COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES**<br><br>**JURY DEMAND** |

Plaintiff Quarterdeck Condominium Association of Apartment Owners (the "Association") alleges as follows:

## I.  INTRODUCTION

1.1  This is an action for declaratory judgment and money damages, seeking:

  (A)  A declaration of the rights, duties and liabilities of the parties with respect to certain controverted issues under an insurance policy issued to the Association.

  (B)  Monetary damages

  (C)  Attorneys' fees (including expert witness fees) and costs.

  (D)  Any other relief the Court deems just and equitable.

//

//

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES- 1

STEIN, SUDWEEKS & HOUSER, PLLC
2701 First Ave., Suite 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

## II.   PARTIES AND INSURANCE CONTRACTS

2.1   The Association. The Association is a nonprofit corporation organized under the laws of the state of Washington with its principal place of business located in Seattle, Washington. The Association has the duty to maintain the common elements and any limited common elements of the Quarterdeck Condominium complex which consists of six building with seventy-two (72) residential units located at 3700 26th Place West, Seattle, Washington 98199.

2.2   National Surety. National Surety Corporation ("National Surety") is domiciled in Chicago, Illinois with its principal place of business in Chicago Illinois.  National Surety sold property insurance policies to the Association including Policy No. MZX 80739539 (effective at least 7/20/99 to 7/20/00)

2.3   Doe Insurance Companies 1-10.  Doe Insurance Companies 1-10 are currently unidentified entities who, on information and belief, sold insurance policies to the Association that identify the Quarterdeck Condominium as covered property.

2.4   Quarterdeck Insurers.   National Surety, and Doe Insurance Companies 1-10 shall be collectively referred to as the "Quarterdeck Insurers."

2.5   Quarterdeck Policies. The policies issued to the Association by the Quarterdeck Insurers shall be collectively referred to as the "Quarterdeck Policies."

## III.   JURISDICTION AND VENUE

3.1   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

3.2   Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) as the Quarterdeck Insurers marketed and sold insurance to the Association in King County; a substantial part of the events giving rise to the claim, including the breach of contract, occurred in King County; and the insured condominium building is located in King County.

//

//

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES- 2

STEIN, SUDWEEKS & HOUSER, PLLC
2701 First Ave., Suite 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

## IV.    FACTS

4.1    <u>Incorporation by Reference</u>.  The Association re-alleges the allegations of paragraphs 1.1 through 3.2, above, as if fully set forth herein.

4.2    <u>Tender to Quarterdeck Insurers</u>.   On February 22, 2017, Pacific Engineering Technologies ("PET") conducted a limited inspection to determine the cause of glazing in the windows and cracking in the exterior wall at unit 213. As part of the investigation PET discovered limited hidden damage to exterior wall gypsum sheathing board near unit 213. The Association submitted a claim for this damage to National Surety in June, 2017. The Association did not know if there was damage in any other area of the Quarterdeck complex so asked National Surety and other insurers to investigate in unrelated building components for hidden damage.

4.3    In December, 2017, the Association and its historical insurance companies including National Surety conducted a joint intrusive investigation which involved making 17 plus intrusive openings at Quarterdeck.  As a result of this investigation, the Association's expert Soltner Group Architects determined that there was widespread hidden damage to sheathing, framing, and weather resistive barrier. Soltner Group determined that "Quarterdeck Condominium suffers from water entry caused by wind driven rain.  Damage occurred incrementally and progressively since shortly after initial construction." The Association informed National Surety that it was seeking coverage for the extensive hidden damage discovered during the December, 2017 intrusive investigation.

4.4     Soltner Group developed a scope to repair the hidden damage at Quarterdeck.  McBride Construction priced the scope of repair. According to McBride the cost to repair the hidden damage at Quarterdeck is well over the $75,000 jurisdictional limit. On May 15, 2018, National Surety denied the Association's claim.

## V.    FIRST CLAIM AGAINST QUARTERDECK INSURERS: DECLARATORY RELIEF THAT THE QUARTERDECK POLICIES PROVIDE COVERAGE

5.1    <u>Incorporation by Reference</u>. The Association re-alleges and incorporates by reference the allegations of paragraphs 1.1 through 4.4, above, as if fully set forth herein.

COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES- 3

STEIN, SUDWEEKS & HOUSER, PLLC
2701 First Ave., Suite 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

5.2     Declaratory Relief. The Association seeks declaratory relief from the Court in the form of determinations regarding the following disputed issues:

(A)     The Quarterdeck Policies cover the hidden damage to building paper, exterior sheathing, and framing at the Quarterdeck Condominium Complex.

(B)     No exclusions, conditions, or limitations bar coverage under the Quarterdeck Policies.

(C)     As a result, the Quarterdeck Policies cover the cost of repairing the building paper, exterior sheathing, and framing at the Quarterdeck Condominium buildings.

## VI.     SECOND CLAIM AGAINST NATIONAL SURETY FOR BREACH OF CONTRACT

6.1     Incorporation by Reference. The Association re-alleges and incorporates by reference the allegations of paragraphs 1.1 through 5.2, above, as if fully set forth herein.

6.2     Contractual Duties. National Surety has contractual duties under the terms of its respective policies to pay the cost of repairing the covered damage to the Quarterdeck Condominium complex.

6.3     Breach of Contract. National Surety has failed to fulfill its contractual obligations to the Association.

6.4     Damages. As a direct and proximate result of National Surety's breach of its insurance contracts, the Association has been deprived of the benefits of its insurance coverage in an amount to be proven at trial.

6.5     Additional Damages. As a direct and proximate result of National Surety's breach of its insurance contracts, the Association has been forced to incur attorneys' fees, expert costs, investigation costs, and other expenses in order to prosecute this action, the sole purpose of which is to obtain the benefits of the Association's insurance contracts.

//

//

//

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES- 4

STEIN, SUDWEEKS & HOUSER, PLLC
2701 First Ave., Suite 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

## VII.  **PRAYER FOR RELIEF**

WHEREFORE, the Association prays for judgment as follows:

7.1 <u>Declaratory Judgment Regarding Coverage</u>.  A declaratory judgment that the Quarterdeck Insurers' policy provide coverage as described herein and for money damages to be proven at trial.

7.2 <u>Money Damages.</u> For money damages in an amount to be proven at trial.

7.3 <u>Attorneys' Fees and Costs of Suit</u>.  For reasonable attorneys' fees (including expert fees). *See Olympic Steamship Co. v. Centennial Ins. Co.*, 117 Wn.2d 37, 811 P.2d 673 (1991), and RCW 48.30.015.

7.4 <u>Other Relief</u>.  For such other and further relief as the Court deems just and equitable.

## VIII.   **DEMAND FOR JURY TRIAL**

8.1 Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Association demands trial by jury in this action of all issues so triable.

DATED this 5th day of October, 2018.

STEIN, SUDWEEKS & HOUSER, PLLC


*/s/ Daniel Stein*
*/s/ Jerry Stein*
*/s/ Justin Sudweeks*
*/s/ Daniel Houser*
Daniel Stein, WSBA 48739
Jerry Stein, WSBA 32327
Justin Sudweeks, WSBA 28755
Daniel S. Houser, WSBA 32327
2701 First Ave., Suite 430
Seattle, WA 98121
Email: dstein@condodefects.com
           jstein@condodefects.com
           Justin@condodefects.com
           dhouser@condodefects.com
Phone: (206) 388-0660
Attorneys for Plaintiff

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES- 5

STEIN, SUDWEEKS & HOUSER, PLLC
2701 First Ave., Suite 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660