Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUARTERDECK CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS, a Washington nonprofit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL SURETY CORPORATION, an Illinois company; and DOE INSURANCE COMPANIES 1–10,<br><br>        Defendants. | No. 2:18-cv-01465-JCC<br><br>DEFENDANT NATIONAL SURETY CORPORATION'S CORPORATE DISCLOSURE STATEMENT |

Defendant National Surety Corporation, by and through its undersigned attorneys, makes the following Rule 7.1 Corporate Disclosure Statement:

National Surety Corporation, an Illinois corporation, is a wholly owned subsidiary of Fireman's Fund Insurance Company, a California corporation.  Fireman's Fund Insurance Company is a wholly owned subsidiary of Allianz Global Risks US Insurance Company ("AGR US").  AGR US is a nongovernmental corporation, with its principal place of business in Chicago, Illinois.  Allianz of America, Inc. is the parent corporation for AGR US and owns 80 percent of its voting stock.  The remaining 20 percent of the AGR US voting stock is owned by AGCS International Holding B.V.  Each of Allianz of America, Inc. and AGCS International Holding B.V. are wholly owned indirect

DEF. NATIONAL SURETY CORP.'S CORPORATE DISCLOSURE STATEMENT (No. 2:18-cv-01465-JCC) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

subsidiaries of Allianz SE, a publically traded company. Thus, Allianz SE indirectly owns 10 percent or more of the AGR US Stock.

DATED this 16th day of November, 2018.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Robert M. Sulkin
Robert M. Sulkin, WSBA No. 15425

By: s/Malaika M. Eaton
Malaika M. Eaton, WSBA No. 32537

By: s/Curtis C. Isacke
Curtis C. Isacke, WSBA No. 49303

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
rsulkin@mcnaul.com
meaton@mcnaul.com
cisacke@mcnaul.com

Attorneys for Defendant National Surety Corporation

DEF. NATIONAL SURETY CORP.'S CORPORATE DISCLOSURE STATEMENT (No. 2:18-cv-01465-JCC) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notifications.

DATED this 16th day of November, 2018.

By:   s/Robert M. Sulkin
      Robert M. Sulkin, WSBA No. 15425

DEF. NATIONAL SURETY CORP.'S CORPORATE DISCLOSURE STATEMENT (No. 2:18-cv-01465-JCC) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

3258-004 hk146603kp 2018-11-16